IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5-23CR-126-H |
| JUAN ANTONIO DIAZ | |

### INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about July 1, 2023, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Juan Antonio Diaz**, defendant, did intentionally and knowingly possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Forfeiture Notice
(21 U.S.C. § 853(a))

Upon conviction of the offense alleged in this indictment, and pursuant to 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), **Juan Antonio Diaz**, defendant, shall forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense, and any of the property used, or intended to be used, in any manner or part, by the defendant to commit, or to facilitate the commission of the offense.   Including, but not limited to, the following firearms:

   a. a Ruger, model P95, 9mm pistol, serial number 317-79458;
   b. a Smith & Wesson, model SD9VE, 9mm pistol, serial number FZF8821;
   c. a Ruger, model SR-22, .22 caliber pistol, serial number 361-72224; and
   d. a Marlin Firearms Company, model 60SB, .22 caliber rifle, serial number 00171045;

including any additional ammunition, magazines, and/or accessories recovered with the firearms.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
SEAN M. LONG
Assistant United States Attorney
Texas State Bar No. 24056734
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:   806-472-7394
E-mail:   sean.long@usdoj.gov

**Juan Antonio Diaz**
**Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

JUAN ANTONIO DIAZ

COUNT 1:     POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(1 COUNT + FORFEITURE NOTICE)

A true bill rendered:
Lubbock       _____ Foreperson

Filed in open court this __13TH__ day of __DECEMBER__, A.D. 2023.

**Arrest warrant to issue.**

_____
UNITED STATES MAGISTRATE JUDGE